UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUBY MAE CHARLESTON GREEN

VERSUS

COMMISSION OF SOCIAL
SECURITY, ET AL

CIVIL ACTION

NO. 11-671-BAJ-CN

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 13, 2012 (doc. 13), the plaintiff's objection thereto (doc. 14), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that this suit be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e).

Baton Rouge, Louisiana, January 31, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA